IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:18-CV-133-FL

| ANGELA Y. THOMPSON, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER |
| ANDREW SAUL, Commissioner of Social Security, | ) | |
| Defendant. | ) | |

This matter is before the court on plaintiff's motion for attorney's fees pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d). (DE 29). The government opposes the motion only in the amount of fees sought. Upon careful review of the motion, response, reply, and the record in this matter, the court finds that a reduction in the fee amount is not warranted in this instance. Therefore, the court GRANTS plaintiff's motion for fees in the amount requested. The court hereby awards plaintiff $6,117.32 in attorney's fees under the EAJA, 28 U.S.C. §2412(d), paid to plaintiff's attorney if there is no debt that is subject to offset under the Treasury Offset Program, 31 U.S.C. §3716. If there is such a debt, any fee remaining after offset will be payable to plaintiff and delivered to plaintiff's attorney.

SO ORDERED, this the 23rd day of January, 2020.

LOUISE W. FLANAGAN
United States District Judge