UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| ANGELA Y. THOMPSON,<br>   Plaintiff,<br><br>v.<br><br>ANDREW SAUL, Commissioner of<br>Social Security,<br>   Defendant. | **JUDGMENT**<br><br>No. 4:18-CV-133-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of plaintiff's motion for attorney fees under the Equal Access to Justice Act.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered January 23, 2020, that plaintiff's counsel be awarded fees under 28 U.S.C. § 2412 in the amount of $6,117.32.

**This Judgment Filed and Entered on January 23, 2020, and Copies To:**
George C. Piemonte  (via CM/ECF Notice of Electronic Filing)
Cassia W. Parson   (via CM/ECF Notice of Electronic Filing)

January 23, 2020      PETER A. MOORE, JR., CLERK

               /s/ Sandra K. Collins
             (By) Sandra K. Collins, Deputy Clerk