UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | | |
|---|---|---|
| ANGELA THOMPSON, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action Number |
| | * | 4:18-cv-00133-FL |
| MARTIN O'MALLEY[1], | * | |
| Commissioner of Social Security, | * | |
| | * | |
| Defendant. | * | |
| | * * * * * | |

ORDER

Upon consideration of Plaintiff's petition for attorney's fees under 42 U.S.C. § 406(b), and Defendant's response, it is this  1st  day of  July , 2024, by the United States District Court for the Eastern District of North Carolina,

ORDERED that George C. Piemonte, Esquire, is awarded an attorney's fee under the Social Security Act, 42 U.S.C. § 406(b), in the gross amount of $ 32,222.00  (or 25% of Plaintiff's past-due benefits, whichever is less). Counsel may retain the $ 6,117.32  in fees previously awarded under the Equal Access Justice Act, 28 U.S.C. § 2412, in partial satisfaction of the § 406(b) award. This leaves a net amount of $ 26,104.68  due to counsel.

---

[1] Martin O'Malley became the Commissioner of Social Security on December 20, 2023. Pursuant to Rule 43(c)(2) of the Federal Rules of Appellate Procedure, Martin O'Malley should be substituted for Kilolo Kijakazi as the defendant in the suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

_____
LOUISE W. FLANAGAN
United States District Judge